UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>RENTGROW, INC.,<br><br>Defendant. | Case No: 1:23-cv-10572-NMG<br><br>**PLAINTIFF'S MOTION TO SEAL PLEADING** |

Plaintiff, through undersigned counsel, respectfully moves the Court for leave to seal the Complaint (Dkt. 1), and state the following in support:

1. Plaintiff filed his Complaint in this suit on March 15, 2023 (Dkt. 1).

2. Plaintiff contemporaneously filed his Motion to Proceed Under Pseudonym or, in the alternative his Motion for Protective Order (Dkt. 2).

3. After full briefing, this Court issued its Memorandum and Order granting in part and denying in part Plaintiff's Motion to Proceed Under Pseudonym or, in the alternative his Motion for Protective Order on July 5, 2023 (Dkt. 26).

4. In relevant part, the Court granted Plaintiff's request for a protective order, permitting Plaintiff to "redact sensitive information in pleadings filed in open court." (*Id.*, pg. 4).

5. In the First Circuit, "Decisions on the sealing of judicial documents require a balancing of interests…" *Nat'l Org. for Marriage v. McKee*, 649 F.3d 34, 70 (1st Cir. 2011), *cert. denied*, 565 U.S. 1234 (2012). The moving party must provide "a particular factual

demonstration of potential harm." *Fed. Trade Comm'n v. Standard Fin. Mgmt. Corp.*, 830 F.2d 404, 412 (1st Cir. 1987).

6. Plaintiff seeks to seal his Complaint prior to identifying himself in this case's caption pursuant to this Court's July 5, 2023, Memorandum and Order.

7. Plaintiff's Complaint, in compliance with Fed.R.Civ.P. 8 and the Supreme Court precedent interpreting the same to set the required pleading standard, includes specific details sufficient to give rise to a claim under the Federal Credit Reporting Act ("FCRA") (*See generally* Dkt. 1).

8. These specific details include a timeline of Plaintiff's relevant criminal history and a description of the records set aside and sealed under Oregon law.

9. Unless the Complaint is sealed before Plaintiff's identity is revealed to the public, the "sensitive information" the Court's Memorandum and Order explicitly permits Plaintiff to protect via redaction would be linked to Plaintiff in the public record, the precise outcome Plaintiff's request for a protective order sought to avoid.

10. Linking Plaintiff's identity with the specific details of the sealed criminal record will cause Plaintiff serious reputational harm of the type the FCRA was enacted to prevent. A full description and explanation of this harm has already been briefed for this Court at Dkt. 2 & Dkt. 17.

11. Linking Plaintiff to the criminal records set aside and sealed by Oregon law by leaving the Complaint in the public record while also requiring Plaintiff to identify himself in the caption would deprive Plaintiff of his state and federal rights, and defeat the purpose of this Court's Memorandum and Order granting Plaintiff's request for a protective order.

12. This harm may be easily avoided by sealing the Complaint and permitting Plaintiff to

continue this litigation under his own name, redacting any "sensitive information" from future filings in open Court, in accordance with this Court's Memorandum and Order.

For these reasons, Plaintiff respectfully requests that the Court enter an order sealing the Complaint (Dkt.1) so that Plaintiff's state and federal rights may be preserved during the prosecution of his FCRA claims.

Respectfully submitted this 6th day of July 2023.

>/s/Dawn McCraw
> Dawn McCraw, AZ 035321
> (admitted pro hac vice)
> Consumer Attorneys
> 8245 N 85th Way
> Scottsdale, AZ 85258
> T: (602) 807-1527
> F: (718) 715-1750
> E: dmccraw@consumerattorneys.com
>
> Nicola S. Yousif, MA No. 679545
> Shield Law, LLC
> 157 Belmont Street
> Brockton, MA 02301
> T: (508) 588-7300
> nick@shieldlaw.com
> *Attorney for Plaintiff*
> *John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*