IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES N. OSBORNE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>RENTGROW, INC.,<br><br>　　　　　　　　　Defendant. | Case No: 1:23-cv-10572-NMG |

### JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff James N. Osborne ("Plaintiff") and Defendant RentGrow Inc. ("RentGrow") hereby jointly move to modify the Scheduling Order to continue the fact discovery deadline in the above-captioned matter to January 31, 2024.

As grounds for this motion, Plaintiff and RentGrow state as follows:

1. Plaintiff filed the Complaint in this matter on March 15, 2023 (ECF No. 1).

2. RentGrow filed an answer to the Complaint on May 18, 2023 (ECF No. 11).

3. A Scheduling Conference was held via telephone on July 18, 2023. At the Scheduling Conference, the Court ordered that all fact discovery was to be completed by December 31, 2023 (ECF No. 33).

4. The court entered a protective order in this matter on September 9, 2023 (EFC No. 42).

5. RentGrow responded to Plaintiff's initial set of written discovery on August 3, 2023. RentGrow produced documents following the entry of the Court's entry of the Protective Order on September 9, 2023.

*Motion allowed.* /s/ Gorton, USDJ 12/13/2023