IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES N. OSBORNE,<br><br>Plaintiff,<br><br>v.<br><br>RENTGROW, INC.,<br><br>Defendant. | Case No: 1:23-cv-10572-NMG |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

Upon Plaintiff James N. Osborne ("Plaintiff") and Defendant RentGrow Inc. ("RentGrow") joint motion to modify the Scheduling Order to continue the fact discovery deadline in the above-captioned matter to February 7, 2024, the Court, having considered the papers submitted,

HEREBY ORDERS THAT:

1. The Fact Discovery Deadline is extended to and including February 7, 2024;

2. All other deadlines in the Scheduling Order (ECF No. 33) issued on July 18, 2023 shall remain in effect.

IT IS SO ORDERED.

03/01/2024

_____
Hon. Nathaniel M. Gorton
United States District Judge