UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES OSBORNE,<br><br>Plaintiff,<br><br>vs.<br><br>RENTGROW, INC.,<br><br>Defendant. | Case No: 1:23-cv-10572-NMG<br><br>**PLAINTIFF'S MOTION TO SEAL PLEADING** |

Plaintiff, through undersigned counsel, respectfully moves the Court for leave to seal District Judge Nathanial M. Gorton's Memorandum and Opinion (Dkt. 26), and state the following in support:

1. Plaintiff filed his initial Complaint (Dkt. 1) and Motion to Proceed Under Pseudonym or, in the alternative his Motion for Protective Order (Dkt. 2) on March 15, 2023.

2. Defendant filed its Opposition to Plaintiff's Motion to Proceed Under Pseudonym (Dkt. 12) on May 18, 2023.

3. After full briefing, this Court issued its Memorandum and Order granting in part and denying in part Plaintiff's Motion to Proceed Under Pseudonym or, in the alternative his Motion for Protective Order on July 5, 2023. (Dkt. 26).

4. In relevant part, the Court granted Plaintiff's request for a protective order, permitting Plaintiff to "redact sensitive information in pleadings filed in open court." (*Id.*, pg 4).

*[Handwritten annotation:]* Motion allowed, in part, and denied, in part; that part of the subject memorandum and order of the Court (Docket No. 26) that identifies the nature of the criminal records history shall be redacted but it will not be sealed. /s/ NM Gorton, USDJ 03/01/2024