UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES OSBORNE,<br><br>                Plaintiff,<br><br>vs.<br><br>RENTGROW, INC.,<br><br>                Defendant. | Case No: 1:23-cv-10572-NMG<br><br>**PLAINTIFF'S MOTION TO EXTEND FACT DISCOVERY BY FORTY-FIVE DAYS** |

Plaintiff James Osborne ("Plaintiff" or "Mr. Osborne") moves the Court for an amendment to the scheduling order extending fact discovery by forty-five days from the entry of the Court's order granting the motion, and incorporates the following Memorandum in support thereof:

### LR 7-1(a) Certification

Pursuant to Local Rule 7-1(a), counsel for Plaintiff James Osborne conferred by telephone and email with counsel for Defendant RentGrow, Inc. regarding the extension requested in this motion, which Defendant opposes.

*Motion allowed; final pretrial conference is rescheduled for Tues., Nov. 26, 2024, at 3:00 p.m. and trial will commence on Mon., Dec. 9, 2024, at 9:00 a.m.*

*NMGorton, USDJ   03/01/2024*