UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES OSBORNE,<br><br>Plaintiff,<br><br>vs.<br><br>RENTGROW, INC.,<br><br>Defendant. | Case No: 1:23-cv-10572-NMG<br><br>**STIPULATED MOTION TO CONTINUE THE TRIAL DATE AND ALL RELATED TRIAL DEADLINES; INCORPORATED MEMORANDUM** |

Plaintiff James Osborne ("Plaintiff") and Defendant RentGrow, Inc. ("RentGrow" or "Defendant") (together the "Parties") respectfully move the Court to continue the trial date in this action (currently set for December 9, 2024), the pretrial conference date (currently set for November 26, 2024), and all related trial deadlines set out for a 60 to 90 day extension). The Parties met and conferred on October 11. 2024, following Plaintiff's filing of Dkt. 118 and now stipulate to the relief requested herein. The Parties state the following in support thereof:

1. On March 1, 2024, this Court entered an order setting December 9, 2024 as the date for trial (the "Trial Date"). Dkt. No. 57.
2. On ~~July~~ June 24, 2024, the Parties filed a Joint Emergency Motion for Extension of Dispositive Motions Deadline (the "Joint Motion"). Dkt. 76.
3. On ~~July~~ June 26, 2024, the Court granted the Joint Motion and moved the dispositive motions deadline from June 30, 2024, to August 16, 2024. Dkt. No. 77
4. On August 16, 2024, Defendant RentGrow and Plaintiff filed their respective

*[Handwritten annotation:]* Motion allowed; final pretrial conference is rescheduled for Tues., March 4, 2025, at 3:00 p.m.; trial will commence on Mon., March 10, 2025, at 9:00 a.m. All related trial deadlines are extended by 90 days. /s/ NMGorton, USDJ 10/15/2024